746

*Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Carlton Fox* for respondent.

No. 894. LUNDGREN *v.* UNITED STATES. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Thomas O. Marlar* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Robert S. Erdahl* for the United States.

No. 897. WARDEN *v.* CITY OF ST. LOUIS. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harold Olsen* for petitioner. *Mr. Lawrence C. Kingsland* for respondent.

No. 906. WATSON *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co.; and
No. 907. WATSON *v.* MASSACHUSETTS MUTUAL LIFE INSURANCE Co. May 22, 1944. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Seth W. Richardson, Alfons B. Landa, Raymond C. Cushwa,* and *Warren E. Magee* for petitioners. *Mr. Leopold V. Freudberg* for respondent.

No. 908. GEORGE LAWLEY & SON CORP. *v.* SOUTH. May 22, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Paul B. Sargent* for petitioner. *Mr. Thomas H. Mahony* for respondent. *Solicitor General Fahy, Mr. Douglas B. Maggs,* and *Miss Bessie Margolin* filed a memorandum on